IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYMOND WILSON,

    Petitioner,

v.                                              CASE NO. 4:07-cv-00052-MP-WCS

MICHAEL CHERTOFF,
ALBERTO GONZALES,
DAVID HARVEY,
MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that this matter has become moot because petitioner has been removed from the country or that this matter should otherwise be dismissed for failure to prosecute and to keep the court aware of a current address. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that Plaintiff has likely been removed or has failed to prosecute this case and to comply with orders of the Court. Accordingly, it is hereby,

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _11th_ day of July, 2007

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge